**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                               Case No: 12-36592-PGH
                                                                                     Chapter 13
MIGUEL A. RICO,

      Debtor         /

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the *Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing on Debtors' Motion to Value and Determine Secured Status of Lien on Real Property* was served on all parties listed on the attached list and in the manner indicated on Docket No's.: 51 & 52 was sent via electronically or by US mail on this 13th day of February, 2013.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                                DRAKE OZMENT, ESQ.
                                                Attorney for Debtor
                                                2001 Palm Beach Lakes Blvd., Suite 410
                                                West Palm Beach, Florida 33409
                                                (561) 689-6789


                                                By:    /s/ Drake Ozment
                                                       DRAKE OZMENT, Esq.
                                                       FBN:  844519

## SERVICE LIST

Robin R. Weiner, Trustee
P.O. Box 559007
Ft. Lauderdale, FL 33355-9007

AUST
51 SW First Avenue, Room 1204
Miami, FL 33130

**Certified Mail:**
Emerenciana Bonilla
1027 NW 34th Street
Okeechobee, FL 34972

**Certified Mail:**
Emerenciana Bonilla
1755 NW 6th Street
Okeechobee, FL 34972

**Certified Mail:**
Devin R. Maxwell, Esq., Attorney for Emerenciana Bonilla
405 NW 3rd Street
Okeechobee, FL 34972