B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Miguel A Rico, Sr.**                                 ,   Case No.  **12-36592-PGH**
                              Debtor
                                                                 Chapter                **13**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 503,000.00 | | |
| B - Personal Property | Yes | 4 | 49,515.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 895,709.70 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 24,068.14 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 4,930.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 29,529.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 21,541.00 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 552,515.00 | | |
| | | | Total Liabilities | 924,707.84 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Miguel A Rico, Sr.**, Debtor

Case No. **12-36592-PGH**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 24,068.14 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 24,068.14 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 29,529.00 |
| Average Expenses (from Schedule J, Line 18) | 21,541.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 10,735.00 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 482,709.70 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 12,155.91 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 11,912.23 |
| 4. Total from Schedule F | | 4,930.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 499,551.93 |

B6A (Official Form 6A) (12/07)

In re  **Miguel A Rico, Sr.**,  Case No. **12-36592-PGH**
Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| commercial property located at 1702 Delaware Avenue, Ft. Pierce, FL  34950<br>commercial property located at 412 S 18th Street, Apt A, Ft. Pierce, FL  34981<br>commerical property located at 1708 Delaware Ave, Ft. Pierce, FL  34950<br>commercial property located at 412 S 18th Street, Apt C, Ft. Pierce, FL  34981<br>**(ALL CONTIGUOUS REAL ESTATE)** | | - | 413,000.00 | 880,158.70 |
| Real property located at 180 Calle Mollelos, Quiraza, MX 52084 (property owned with wife and exempt as Tenants by the Entireties) Fair Market Value $60,000 | | - | 60,000.00 | 0.00 |
| Vacant Lot located at Quiroga, MX- District Morelia (This property is jointly owned with Debtor's son Omar, Rico. Fair Market Value $60,000 | | C | 30,000.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 503,000.00 | (Total of this page) |
| Total > | 503,000.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Miguel A Rico, Sr.**  ,    Case No. **12-36592-PGH**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

|   | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **computer - $100, printer - $60, fax - $20, (2)desk - $20, (10) chairs - $50, (2)file cabinet - $40, tv 26" - $40, tv 26" - $30, tv 26" - $30, stereo - $10, (5) couch - $80, bed - $75, nightstands - $20, dresser - $25, 2nd bed - $70, nightstands - $20, dresser - $15, 3rd bed - $60, nightstands - $15, dresser - $20, 4th bed - $50, nightstands - $15, dresser - $15, grill - $30, lawn mower - $10, handtools - $50 misc items** | - | 970.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothes** | - | 50.00 |
| 7. | Furs and jewelry. | | **Elgin watch $20** | - | 20.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| | | | | Sub-Total > (Total of this page) | **1,040.00** |

 **3**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Miguel A Rico, Sr.**, Case No. __**12-36592-PGH**__
                                Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                     Sub-Total >      **0.00**
                                                     (Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Miguel A Rico, Sr.**,            Case No. __**12-36592-PGH**__
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 99 FreightLiner 22' - 1,500,000 miles VIN#: 1FUYSSZB0XLA10433 | - | 13,800.00 |
| | | 2004 GMC Yukon - 110,000 miles  VIN#: 1GKEK63U14J186993 | - | 10,780.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | two cash registers $200, two refrigerators $80, two moveable coolers $150, three coolers $225, stove $50, fryer $50, electric grill $30, two microwaves $50, various kitchen utensils $100, ten pots $50, fifteen pans $75, blender $5, dishwasher $30, ice machine $50, fifteen tables $300, sixty chairs $300 | - | 1,745.00 |
| | | 2005 JCB 530T Forklift Serial#1166797-purchased new in 2005 for 82,983.78 with former business partner Gerardo Canchola- client does not operate the forklift and has no insurance.  FMV $27,075 less $4,925.00 damage. | - | 22,150.00 |
| 30. Inventory. | X | | | |
| | | | Sub-Total > (Total of this page) | **48,475.00** |

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Miguel A Rico, Sr.**, Case No. **12-36592-PGH**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 49,515.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   **Miguel A Rico, Sr.**  ,   Case No. **12-36592-PGH**
          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Real property located at 180 Calle Mollelos, Quiraza, MX 52084 (property owned with wife and exempt as Tenants by the Entireties) Fair Market Value $60,000 | 11 U.S.C. § 522(b)(3)(B) | 60,000.00 | 60,000.00 |
| **Household Goods and Furnishings** | | | |
| computer - $100, printer - $60, fax - $20, (2)desk - $20, (10) chairs - $50, (2)file cabinet - $40, tv 26" - $40, tv 26" - $30, tv 26" - $30, stereo - $10, (5) couch - $80, bed - $75, nightstands - $20, dresser - $25, 2nd bed - $70, nightstands - $20, dresser - $15, 3rd bed - $60, nightstands - $15, dresser - $20, 4th bed - $50, nightstands - $15, dresser - $15, grill - $30, lawn mower - $10, handtools - $50 misc items | Fla. Const. art. X, § 4(a)(2)<br>Fla. Stat. Ann. § 222.25(4) | 950.00<br>20.00 | 970.00 |
| **Wearing Apparel** | | | |
| Clothes | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 99 FreightLiner 22' - 1,500,000 miles VIN#: 1FUYSSZB0XLA10433 | Fla. Stat. Ann. § 222.25(1)<br>Fla. Stat. Ann. § 222.25(4) | 1,000.00<br>3,980.00 | 13,800.00 |
| | Total: | 66,000.00 | 74,820.00 |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt