IN THE CIRCUIT COURT, 19TH
JUDICIAL CIRCUIT IN AND FOR
ST. LUCIE COUNTY, FLORIDA

CASE NO.: 09-CA-003732

**GERARDO CANCHOLA and
BLANCA MUNIZ, Plaintiffs,**

v.

**MIGUEL RICO, Defendant**

STATE OF FLORIDA
ST. LUCIE COUNTY
THIS IS TO CERTIFY THAT THIS IS A
TRUE AND CORRECT COPY OF THE
RECORD ON FILE.
JOSEPH E. SMITH, CLERK
By: _____
Deputy Clerk
Date: Sept. 01, 2011

## ORDER REQUIRING MEXICAN COURT TO EXECUTE ON
## AND ENFORCE JUDGMENT FROM UNITED STATES OF AMERICA

THIS CAUSE, came on before the Court, upon the request of the Mexican Court and the Court having reviewed the file, hereby:

### ORDERS AND ADJUDGES:

1.    This Court hereby instructs the competent Judge of Quiroga, Michoacan to effectuate my judgment dated September 27, 2010, of which a certified copy is attached hereto, in which payment shall be required from Miguel Angel Rico Barriga , who resides at Calle Morelos 180, C.P. 58420, in Quirogá, Michòacan, the amount of Two Hundred Forty Five Thousand Six Hundred Thirty Two Dollars and Seventy One Cents US Currency, (US$245,632.71), and otherwise seize enough assets and/or real property to satisfy the judgment amount  by which a certified copy of this Order shall be issued and thereafter proceed to inscribe the seized real property in the public registry of the State of Michoacán

2.    Attorneys for the Plaintiff, in Quiroga, Michoacan, JOSE FERNANDO TORRES CASAS, FRANCISCO XAVIER TORRES CASAS y ADÁN GUILLÉN VILLASEÑOR. are authorized to intervene in all actions of the individual in that state, and to receive notices and documents in that Federal Entity.

DONE AND ORDERED in Chambers at Fort Pierce, St. Lucie County, Florida this 23 day of June, 2011.

_____
CIRCUIT JUDGE

Copies to:

Peter T. Gianino, Esquire
217 E. Ocean Boulevard
Stuart, FL 34994
Attorney for Plaintiff

Alejandro Bravo, Esquire
605 Belvedere Road, Suite 18
West Palm Beach, FL 33405
Attorney for Defendant

EXHIBIT
Composite
A

JOSEPH E. SMITH, C)        THE CIRCUIT COURT - SAINT LUCIE COU.
FILE # 3528298  OR bUU  )41  PAGE 772, Recorded 10/29/2010 a  ):18 AM

IN THE CIRCUIT COURT, 19TH
JUDICIAL CIRCUIT IN AND FOR
ST. LUCIE COUNTY, FLORIDA

CASE NO.: 09-CA-003732

GERARDO CANCHOLA and
BLANCA MUNIZ, Plaintiffs,

v.

MIGUEL RICO, Defendant

ORDER ON PLAINTIFFS' MOTION FOR ENTRY
OF FINAL JUDGMENT AFTER DEFAULT

THIS CAUSE came on for hearing on September 20, 2010. The Plaintiffs, Gerardo Canchola and Blanca Muniz, appeared by telephone by and through Court Call and Plaintiffs' attorney, Peter T. Gianino, Esquire, was present in the Court. The Court, after reviewing the pleadings and the file, and hearing the testimony provided, hereby

ORDERS AND ADJUDGES:

1.  The Defendant, Miguel Rico, and his attorney, Alejandro Bravo, Esquire, were properly noticed for the hearing.

2.  The Defendant, Miguel Rico, was/was not present for the hearing.

3.  Defendant's Counsel, Alejandro Bravo, Esquire, provided a notice of appearance to Plaintiffs' counsel, however the original was never filed with the Court. Defendant's Counsel, Alejandro Bravo, was/was not present for the hearing.

4.  The Court finds that the Plaintiffs, Gerardo Canchola and Blanca Muniz, 2930 Cree City Court, Santa Rosa California, 95403 shall recover from Defendant, Miguel Rico, 2708 Palm Lakes Avenue, Fort Pierce, FL 34981, the following sum:

STATE OF FLORIDA
ST. LUCIE COUNTY
THIS IS TO CERTIFY THAT THIS IS A
TRUE AND CORRECT COPY OF THE
RECORD ON FILE.
JOSEPH E. SMITH, CLERK
By: _____
Deputy Clerk
Date: Sept. 01, 2011

OR BOOK  3241  PAGE

| | |
|---|---|
| Principal: | $178,792.89 |
| Interest on the 2005 loan of $48,792.80 through 9/20/10 | $ 21,724.20 |
| Interest on the 2006 loan of $50,000 through 9/20/10 | $ 19,724.20 |
| Interest on the 2007 loan of $80,000 through 9/20/10 | $ 25,312.88 |
| TOTAL DUE THROUGH 9/20/10 | $245,632.71 |

that shall bear interest at the statutory rate per year from September 20, 2010 until

paid in full for which let execution issue *instanter*. A copy of the interest calculation is

attached hereto and incorporated herein as Exhibit "A."

DONE AND ORDERED in Chambers at Port St. Lucie, St. Lucie County, Florida

this _____ day of September, 2010.

_____
Circuit Judge

Copies to:

Peter T. Gianino, Esquire
217 E. Ocean Boulevard
Stuart, FL 34994
Attorney for Plaintiff

Alejandro Bravo, Esquire
605 Belvedere Road, Suite 18
West Palm Beach, FL 33405
Attorney for Defendant