| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 12-36592-PGH<br>Southern District of Florida<br>West Palm Beach<br>Mon Jun  9 10:29:51 EDT 2014 | Alvaro Compuzano<br>1455 US South 17 Hwy<br>Bartow FL 33830-6628 | BellSouth Telecommunications, Inc.<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 |
| Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | City of Ft Pierce<br>100 N US 1 Hwy<br>Fort Pierce, FL 34950-4205 |
| Consumers Alliance Corporation<br>2023 Ridge Rd. Ste. 2SW<br>Homewood, IL 60430-1856 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Gerardo Canchola<br>2930 Cree City<br>Santa Rosa, CA 95405 |
| Grazi & Gianino<br>217 E Ocean Blvd.<br>Stuart, FL 34994-2218 | Gulf Coast Collection<br>5630 Marquesas Cir<br>Sarasota, FL 34233-3331 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Lamont Hanley & Associ<br>1138 Elm St<br>Manchester, NH 03101-1531 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PNC Bank NA<br>PO Box 340777<br>Pittsburgh, PA 15230-7777 |
| PNC Bank, N.A.<br>Commerical Loan Operations<br>PO Box 747046<br>Pittsburgh, PA 15274-7046 | PNC Bank, National Association<br>c/o Harris J. Koroglu, Esq.<br>Shutts & Bowen LLP<br>201 S. Biscayne Blvd., 15th Floor<br>Miami, FL 33131-4328 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Worldwide Asset Purchasing II LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Robert Schwerer, ESQ<br>PO Box 1480<br>Fort Pierce, FL 34954-1480 | Scott M. Intravia<br>2023 Ridge Rd. Ste. 2SW<br>Homewood, IL 60430-1856 |
| State of Florida Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Blanca Muniz<br>c/o Lanshe & Torres, P.A.<br>Suite 216<br>Palm Beach Gardens, FL 33410 | Geraldo Canchola<br>c/o Lanshe & Torres, P.A.<br>Suite 216<br>Palm Beach Gardens, FL 33410 |
| K Drake Ozment<br>2001 Palm Beach Lks Blvd #410<br>West Palm Beach, FL 33409-6516 | Miguel A Rico Sr.<br>2708 Palm Lakes Avenue<br>Fort Pierce, FL 34981-5043 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
I.R.S. (Special Procedures)              Portfolio Recovery Associates, LLC
PO Box 17167, Stop 5760                  POB 41067
Fort Lauderdale, FL 33318                Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC Bank, National Association        (u)West Palm Beach                       (u)Emerenciana Bonilla

```
End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29
```