# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CASE NO.: 12-36592-BKC-PGH
PROCEEDING UNDER CHAPTER 13

IN RE:

MIGUEL A RICO, SR.
XXX-XX-4145

DEBTOR_____/

## NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE OF DELINQUENCY

**COMES NOW**, Robin R. Weiner, Esquire, Standing Chapter 13 Trustee, and files this Notice of Withdrawal of Trustee's Notice of Delinquency in the above-styled proceeding, and states as follows:

1. The Trustee filed a Notice of Delinquency on May 8, 2014.

2. The Trustee hereby withdraws her Notice of Delinquency.

**RESPECTFULLY SUBMITTED** this 7th day of July, 2014.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**COPIES FURNISHED TO:**

**DEBTOR**
MIGUEL A RICO, SR.
2708 PALM LAKES AVENUE
FORT PIERCE, FL 34981

**ATTORNEY FOR DEBTOR**
DRAKE OZMENT, ESQUIRE
2001 PALM BEACH LAKES BLVD
SUITE 410
WEST PALM BEACH, FL 33409