**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

                                                  **CASE NO.:  12-36592-BKC-PGH**
                                                  PROCEEDING UNDER CHAPTER 13

**IN RE:**

MIGUEL A RICO, SR.
XXX-XX-4145

DEBTOR_____/

**TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF**
**SERVICE OF COURT GENERATED NOTICE OF HEARING**

    **COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

    1.    Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

    **WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 21st day of July, 2014.

                                                                  */s/ Robin R. Weiner*
                                                                  ROBIN R. WEINER, ESQUIRE
                                                                STANDING CHAPTER 13 TRUSTEE
                                                                P.O. BOX 559007
                                                                FORT LAUDERDALE, FL 33355-9007
                                                                TELEPHONE: 954-382-2001
                                                                FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  12-36592-BKC-PGH

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
MIGUEL A RICO, SR.
2708 PALM LAKES AVENUE
FORT PIERCE, FL  34981

**ATTORNEY FOR DEBTOR**
DRAKE OZMENT, ESQUIRE
2001 PALM BEACH LAKES BLVD
SUITE 410
WEST PALM BEACH, FL  33409

**CREDITOR(S)**
ALVARO COMPUZANO
1455 US SOUTH 17 HIGHWAY
BARTOW, FL  33830

ARS NATIONAL
201 WEST GRAND
ESCONDIDO, CA  92025

BELL SOUTH TELECOMMUNICATIONS
C/O JAMES GRUDUS,ESQ  AT&T INC
ONE AT&T WAY ROOM 3A218
BEDMINSTER, NJ  07921

CBE GROUP
1309 TEHCNOLOGY PKWY
CEDAR FALLS, IA  50613

EMERENCIANA BONILLA
1755 NW 6TH ST
OKEECHOBEE, FL  34972

ENHANCED RECOVERY
8014 BAYBERRY ROAD
JACKSONVILLE, FL  32256

GERARDO CANCHOLA AND BLANCA MUNIZ
C/O PETER GIANINO ESQ.
217 E. OCEAN BLVD
STUART, FL  34994

MOTION TO DISMISS
CASE NO.:  12-36592-BKC-PGH

GULF COAST COLLECTION
5630 MARQUESAS CIRCLE
SARASOTA, FL  34233

LAMONT HANLEY & ASSOCIATES
1138 ELM STREET
MANCHESTER, NH  03101

PNC BANK, NA
C/O HARRIS J. KOROGLU, ESQ.
201 S. BISCAYNE BLVD, SUITE 1500
MIAMI, FL  33131

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41067
NORFOLK, VA  23541

PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 12914
NORFOLK, VA  23541

QUANTUM3 GROUP
PO BOX 788
KIRKLAND, WA  98083-0788

SHUTTS & BOWEN
201 S BISCAYNE BLVD
#1500
MIAMI, FL  33181

STATE OF FL - DEPT OF REVENUE
PO BOX 6668
ATTN: TAX DEPARTMENT
TALLAHASSE, FL  32314-6668

UNITED STATES TREASURY
PO BOX 7317
PHILADELPHIA, PA  19101-7317