

**ORDERED in the Southern District of Florida on August 12, 2014.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                              Case No: 12-36592-PGH
                                                    Chapter 13
MIGUEL A. RICO,

_____Debtor._____/

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**AND DENYING MOTION TO DISMISS (DE#110)**

THIS CASE was set be heard on August 7, 2014, on the Creditor's *Motion for Relief from Stay or in the alternative Motion to Dismiss Case* (DE 110; the "Motion"). Based upon the agreement of the parties and the Court being duly advised in the premises, the Court FINDS as follows:

1. Creditors Motion for Relief from Automatic Stay in GRANTED.

2. Modification of the stay as authorized herein is limited to permit Creditors, Geraldo Canchola and Blanca Muniz, to obtain *in rem* relief only and said Creditors are not authorized to pursue *in personam* relief or judgment against the debtor.

3. Creditors Motion to Dismiss Case is DENIED.

Submitted By:

Ozment Merrill

2001 Palm Beach Lakes Blvd, Suite 410

West Palm Beach, FL 33409

561-689-6789

Attorney Drake Ozment is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.