**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **11th** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: | Miguel A Rico, Sr. | JOINT DEBTOR: | CASE NO.: 12-36592-PGH |
| Last Four Digits of SS# | xxx-xx-4145 | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 5,860.07 for months **1** to **45** ;
B. $ 889.41 for months 46 to 60 ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 10,850.00  TOTAL PAID $ 3,850.00
Balance Due $ 7,000.00; payable $ 155.56 /month (Months 1 to 45)
$750.00 m2strip lien #1, $750 m2strip lien #2, $500 m2strip lien #3, $500 m2strip lien #4, $500 m2strip lien #5, $500 m2strip lien #6, $500 m2strip lien #7, $500 m2strip lien #8; $500 for mod; $525 inc $25 cost for m2mod 2/14/15; $775 inc $25 cost for Emerg Mod 9/8/15; $525, inc. $25 cost, for mod 2/23/16; $525 inc $25 cost for mod 8/4/16

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Dept of Treas- IRS Special Procedires**
   Arrearage on Petition Date $ 13,644.60 Inc 3.0% int
   Address: PO Box 7346; Philadelphia, PA 19101-7346
   Arrears Payment $ 166.36 / 410.57 /month (Months 1 to 45 / 46 to 60)
   Account No: Claim #3; $12,656.17 plus 3.0% int
   Regular Payment $ _____ /month (Months _ to _)

2. **PNC Bank NA**
   Arrearage on Petition Date $ 193,440.46
   Address: PO Box 340777; Pittsburgh, PA 15230
   Arrears Payment $ 1,931.39 /month (Months 1 to 45)
   Account No: Acct #5640 (Claim 4-1)
   Regular Payment $ 2,301.63 /month (Months 1 to 45)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

Priority Creditors: [as defined in 11 U.S.C. §507]

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | **State of Florida - Department of Revenue** P.O. Box 6668 Tallahassee, FL 32314 | Total Due | $ 293.68 | | | |
| | Acct # 4145 (Claim 6-1) | Payable | $ 6.53 /month | (Months 1 to 45) | Regular Payment $ | N/A |
| 2. | **State of Florida - Department of Revenue** P.O. Box 6668 Tallahassee, FL 32314 | Total Due | 11,862.23 134.28 | (Months 1 to 45 | | |
| | Acct # 4145 (Claim 7-1) | Payable | 387.98 /month | Months 45 to 60) | Regular Payment $ | N/A |

Unsecured Creditors:  Pay $ **992.40** /month (Months **1** to **45**).  $ **10.00** /month (Months **46** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  **PNC; Alvar Compuzano; Emerenciana Bonilla; Gerardo Canchola and Blanca Muniz: Debtor intends to surrender any interest in the commercial properties located at: 1702 Delaware Avenue, Ft. Pierce, FL; 412 S 18th Street, Apt A, Ft. Pierce, FL; 1708 Delaware Ave, Ft. Pierce, FL; 412 S 18th Street, Apt C, Ft. Pierce, FL.  Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the plan.  In the event the Debtor's income or tax refund increases, Debtor shall increase the payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Drake Ozment, Atty for Debtor**
**Miguel A Rico, Sr.**
Debtor

Date:  **Sept 19, 2016**