UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 12-36592-BKC-PGH
PROCEEDING UNDER CHAPTER 13

IN RE:

MIGUEL A RICO, SR.
XXX-XX-4145

DEBTOR_____/

### CERTIFICATE OF SERVICE

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY THE CHAPTER 13 PLAN - DE#191

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Pleading noted above was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 4th day of October, 2016.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

CERTIFICATE OF SERVICE
CASE NO.: 12-36592-BKC-PGH

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
MIGUEL A RICO, SR.
2708 PALM LAKES AVENUE
FORT PIERCE, FL  34981

**ATTORNEY FOR DEBTOR**
DRAKE OZMENT, ESQUIRE
2001 PALM BEACH LAKES BLVD
SUITE 410
WEST PALM BEACH, FL  33409