

October 24, 2016

United States Bankruptcy Court
Southern District of Florida
Attention: Honorable Paul G. Hyman, Jr.,
Chief United States Bankruptcy Judge
1515 North Flagler Drive, #801
West Palm Beach, FL  33401

Re:  United States Bankruptcy Case No.:  12-36592-PGH
     In Re:
          Miguel A. Rico Sr.,
               Debtor.

Dear Honorable Judge Hyman:

I am respectfully addressing this Court to inform you and the judicial system that the above Debtor, Miguel A. Rico, is still violating this Court's Order which explicitly excludes the Mexican properties from the U.S Bankruptcy Case due to the limited jurisdiction of this Court.

Mr. Rico recently attended a hearing in the Mexican Court bringing the issue of jurisdiction of his properties in Mexico and claiming the U.S Bankruptcy Court will decide the future and disposition of the properties in Mexico, totally disregarding this Court's Order, which has been filed in the Mexican Court.

I had the above referenced Order translated, Apostilled and recorded in the Mexican Court and Mr. Rico continues to stall and disregard the United States Bankruptcy Court's Order.  Just recently while at a Mexican Court's Hearing, Mr. Rico claimed his U.S Bankruptcy Case was re-instated and therefore he cannot proceed with the sale of the Mexican properties, while at the same time transferring and selling them at the rate of $15,000 each,  and to my knowledge he has sold over 56 of them and has cashed over $850,000 US Dollars.  I can obtain proof of this, if required by this Court.

I have retained multiple attorneys and have been pursuing this matter for over 7 years and even after the St. Lucie County State Court issued an Order addressed to the Mexican Court requesting the Court in Mexico to make Mr. Rico sell the properties and pay the Judgment he owes, Mr. Rico immediately filed the Bankruptcy to delay and avoid the sale of the properties claiming the U.S. Bankruptcy Court was protecting the properties in Mexico.

Mr. Rico is still evading the Judge's Order to sell the properties and pay the Judgment he owes me. He will stall this Bankruptcy case for as long as he can, playing the system in both countries and possibly evade paying any creditors in this Bankruptcy case.

I am hereby respectfully requesting this Court to please issue a Letter or Document reaffirming this Court's Order reiterating that the United States Bankruptcy Court has no jurisdiction over the Mexican properties.

Respectfully,


Mr. Gerardo Canchola
2930 Cree Court
Santa Rosa, CA 95403
Tel.: 707-483-7797
E-mail: eclipse3000@att.net


Cc: Robin R. Weiner, Trustee
    via E-mail: USTPRegion21.MM.ECF@usdoj.gov and ecf@ch13weiner.com

GERARDO CASCIOLA
2930 CRUZ CT.
STA. ROSA, CA 95403

United States Bankruptcy Court
Southern District of Florida
Attention: Honorable Paul G. Hyman, Jr.,
Chief United States Bankruptcy Judge
1515 North Flagler Drive, #801
West Palm Beach, FL 33401

33401-343101

FOREVER
A3466 1024 1854 16