```
                            United States Bankruptcy Court
                            Southern District of Florida
In re:                                                          Case No. 12-36592-MAM
Miguel A Rico, Sr.                                              Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 113C-9          User: eisenberg               Page 1 of 2              Date Rcvd: May 07, 2018
                              Form ID: 3180W                Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
```
db          +Miguel A Rico, Sr.,    2708 Palm Lakes Avenue,    Fort Pierce, FL 34981-5043
cr           Blanca Muniz,    c/o Lanshe & Torres, P.A.,    Suite 216,    Palm Beach Gardens, FL  33410
cr           Geraldo Canchola,    c/o Lanshe & Torres, P.A.,    Suite 216,    Palm Beach Gardens, FL  33410
90844748    +Alvaro Compuzano,    1455 US South 17 Hwy,    Bartow FL 33830-6628
90844751    +City of Ft Pierce,    100 N US 1 Hwy,    Fort Pierce, FL 34950-4205
90844755     Gerardo Canchola,    2930 Cree City,    Santa Rosa, CA 95405
90844756     Grazi & Gianino,    217 E Ocean Blvd.,    Stuart, FL 34994-2218
90844758    +Lamont Hanley & Associ,    1138 Elm St,    Manchester, NH 03101-1531
90844759    +PNC Bank NA,    PO Box 340777,    Pittsburgh, PA 15230-7777
90844760     PNC Bank, N.A.,    Commerical Loan Operations,    PO Box 747046,    Pittsburgh, PA 15274-7046
91046038    +PNC Bank, National Association,    c/o James J Webb, Esq,    1200 Weston Road PH,
              Weston FL 33326-1987
93487575    +PNC Bank, National Association,    c/o James J. Webb, Esq.,
              Mitrani, Rynor, Adamsky & Toland, P.A.,    1200 Weston Road, PH,    Weston, FL 33326-1987
90844761    +Robert Schwerer, ESQ,    PO Box 1480,    Fort Pierce, FL 34954-1480
90844762    +Scott M. Intravia,    2023 Ridge Rd. Ste. 2SW,    Homewood, IL 60430-1856
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          EDI: FLDEPREV.COM May 08 2018 04:38:00      Florida Department of Revenue,    POB 6668,
              Bankruptcy Division,    Tallahassee, FL  32314-6668
ust         +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov May 08 2018 00:54:29      Office of the US Trustee,
              51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
90924914    +EDI: ATTWIREBK.COM May 08 2018 04:38:00      BellSouth Telecommunications, Inc.,
              % AT&T Services, Inc,    James Grudus, Esq.,    One AT&T Way, Room 3A218,
              Bedminster, NJ 07921-2693
90844749    +EDI: CAPITALONE.COM May 08 2018 04:38:00      Capital One, N.a.,    Capital One Bank (USA) N.A.,
              Po Box 30285,    Salt Lake City, UT 84130-0285
90844750    +E-mail/Text: bankruptcynotices@cbecompanies.com May 08 2018 00:55:03      Cbe Group,
              1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
90844754    +E-mail/Text: bknotice@ercbpo.com May 08 2018 00:54:45      Enhanced Recovery Corp,
              Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
90844757    +E-mail/Text: bankruptcy@gulfcoastcollection.com May 08 2018 00:54:26      Gulf Coast Collection,
              5630 Marquesas Cir,    Sarasota, FL 34233-3331
90844747     EDI: IRS.COM May 08 2018 04:38:00      I.R.S. (Special Procedures),    PO Box 17167, Stop 5760,
              Fort Lauderdale, FL 33318
91082519     EDI: PRA.COM May 08 2018 04:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk VA 23541
90946861     EDI: Q3G.COM May 08 2018 04:38:00      Quantum3 Group LLC as agent for,
              Worldwide Asset Purchasing II LLC,    PO Box 788,    Kirkland, WA  98083-0788
91177637     EDI: FLDEPREV.COM May 08 2018 04:38:00      State of Florida Department of Revenue,
              Post Office Box 6668,    Tallahassee, FL 32314-6668
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
90844753        Emerenciana Bonilla
90844752    ##+Consumers Alliance Corporation,    2023 Ridge Rd. Ste. 2SW,    Homewood, IL 60430-1856
                                                                                               TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                   Signature:  /s/Joseph Speetjens

```
District/off: 113C-9          User: eisenberg            Page 2 of 2              Date Rcvd: May 07, 2018
                              Form ID: 3180W             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
              Barbara   Lanshe    on behalf of Creditor Geraldo  Canchola blanshe@lanshetorreslaw.com
              Barbara   Lanshe    on behalf of Creditor Blanca  Muniz blanshe@lanshetorreslaw.com
              James J Webb, Esq    on behalf of Creditor    PNC Bank, National Association jwebb@mitrani.com
              K Drake Ozment    on behalf of Debtor Miguel A Rico, Sr. ecf@drakeozment.com,
               drakeozmentlaw@gmail.com;drake@drakeozment.com;ozmentdr77228@notify.bestcase.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                         TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Miguel A Rico Sr.** | Social Security number or ITIN  xxx–xx–4145 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Florida** | | |
| Case number:  **12–36592–MAM** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Miguel A Rico Sr.**

May 7, 2018

**By the court:** _____

**Mindy A Mora**
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**